458 A.2d 270

Commonwealth v. Toledo, Appellant.

Submitted June 22, 1982. Anita M. Cohen, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, McEWEN and LIPEZ, JJ.

The judgment of sentence of the learned Philadelphia County Common Pleas Court Judge Thomas N. Shiomos is affirmed.